UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANTHONY PAYTON (#375419)

VERSUS

CORNELL HUBERT, WARDEN, ET AL

CIVIL ACTION

NO. 07-506-A

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2007 DEC -5  A 10: 19

SIGN_____
BY DEPUTY CLERK

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated October 22, 2007 (doc. 10). Plaintiff has filed an objection which merely restates legal argument and does not require de novo findings under 28 U.S.C. 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, plaintiff's claim for monetary damages resulting from alleged wrongful denial of the right to earn good-time credits shall be dismissed, with prejudice, until the conditions set forth in <u>Heck v. Humphrey, supra,</u> are satisfied.

Baton Rouge, Louisiana, December 5, 2007.

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA