FILED
UNITED STATES DISTRICT COURT DIST COURT
MIDDLE DIST OF LA
MIDDLE DISTRICT OF LOUISIANA
2008 FEB -8  A 10: 28

ANTHONY PAYTON

VERSUS                                                                CIVIL ACTION

CORNELL HUBERT, ET AL                                  NO. 07-506-JVP-CN

# RULING ON MOTION
# FOR RECONSIDERATION

On January 2, 2008, judgment was entered against *pro se* plaintiff, Anthony Payton, dismissing his claims with prejudice (doc. 14). The court thereafter denied plaintiff's motion to "reconsider" the judgment (doc. 16). Now before the court are plaintiff's motion for voluntary dismissal (doc. 17) and to reconsider the court's ruling adopting the report and recommendation of Magistrate Judge Christine Noland (doc. 21).

The only argument[1] in support of the motion to reconsider essentially amounts to a new claim and is wholly irrelevant to the recommendation of the magistrate judge that was ultimately adopted by the court.[2]

---

[1] Plaintiff argues "that the original sentence petitioner received from the sentencing court by way of a plea agreement was invalidated when the respondents changed petitioner's sentence illegally without the necessary legislative intent and statutory provisions authorizing them to do so" (doc. 22, p. 2).

[2] The court concluded that plaintiff's claim for money damages resulting from the alleged wrongful denial of the right to earn good-time credits should be dismissed until the conditions set forth in *Heck v. Humphrey*, 512 U.S. 477 (1994) are satisfied.

Accordingly, the motion for reconsideration (doc. 21) is hereby **DENIED**. Because judgment has already been entered against him, plaintiff's motion for voluntary dismissal (doc. 17) is hereby **DENIED AS MOOT**.

Baton Rouge, Louisiana, February 8, 2008.

                                              JOHN V. PARKER
                                              UNITED STATES DISTRICT JUDGE
                                              MIDDLE DISTRICT OF LOUISIANA